

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-22-00730-CR

Dylan **O'BRIANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 15-07-11740-CR
Honorable Daniel J. Kindred, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED.

SIGNED April 26, 2023.

_____
Liza A. Rodriguez, Justice